IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02380-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

GREG MURRAY,

    Plaintiff,

v.

DAVID BERKABILE,
PAUL LAIRD,
DIANE KRIST,
CHARLES SAMUELS, JR.,
W. HEIM,
L. REDDING,
PATRICIA RANGEL,
A. OSAGIE,
RICHARD MADISON,
C. WILSON, D.O.,
FEDERAL BUREAU OF PRISONS,

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff has submitted a Prisoner Complaint.  As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted document is deficient as described in this order.  Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any papers that the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   X    is not submitted
(2)   __    is missing affidavit
(3)   X    is missing certified copy of prisoner's trust fund statement for the 6-month

|      |      |                                                                                       |
|------|------|---------------------------------------------------------------------------------------|
|      |      | period immediately preceding this filing                                              |
| (4)  | __   | is missing certificate showing current balance in prison account                      |
| (5)  | __   | is missing required financial information                                             |
| (6)  | __   | is missing an original signature by the prisoner                                      |
| (7)  | __   | is not on proper form (must use the court's current form)                             |
| (8)  | __   | names in caption do not match names in caption of complaint, petition or habeas application |
| (9)  | _X_  | other: Account statement is necessary only if $350.00 filing fee is not paid in advance. |

**Complaint, Petition or Application**:
| (10) | __ | is not submitted |
| (11) | __ | is not on proper form (must use the court's current form) |
| (12) | __ | is missing an original signature by the prisoner |
| (13) | __ | is missing page nos. ___ |
| (14) | __ | uses et al. instead of listing all parties in caption |
| (15) | __ | names in caption do not match names in text |
| (16) | __ | addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application |
| (17) | __ | other: _____ |

Accordingly, it is

ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED September 10, 2012, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

2